UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP INC., SONY BMG MUSIC ENTERTAINMENT, and UMG RECORDINGS, INC.,

    Plaintiffs,

v.

METAMACHINE, INC., SAM YAGAN, and JED MCCALEB,

    Defendants.

**JUDGE KARAS**

**06 CV 6991**

Civil Action No.:

RULE 7.1 DISCLOSURE STATEMENT



RECEIVED SEP 11 2006 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Arista Records LLC; Atlantic Recording Corporation; Capitol Records, Inc.; Elektra Entertainment Group Inc.; Sony BMG Music Entertainment; and UMG Recordings, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

    1.    Plaintiff Arista Records LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

    2.    Plaintiff Atlantic Recording Corporation's parent corporation is Warner Music Group Corp., which is publicly traded in the United States.

    3.    Plaintiff Capitol Records, Inc.'s parent corporation is EMI Group PLC, a company publicly traded in the United Kingdom.

4.      Plaintiff Elektra Entertainment Group Inc.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the United States.

5.      Plaintiff Sony BMG Music Entertainment is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

6.      Plaintiff UMG Recordings, Inc.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Dated: September 7, 2006

Respectfully submitted,

Steven B. Fabrizio (SF8639)
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
(202) 639-6000
(202) 639-6066

*Attorney for Plaintiffs*